# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 16, 2018

## NO. 03-18-00270-CR

### Ex parte Humberto Sanchez Bernal

**APPEAL FROM THE 147TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND
DISMISSED ON AGREED MOTION -- OPINION BY JUSTICE BOURLAND**

This is an appeal from the order denying habeas corpus relief entered by the trial court. The parties have filed a motion to dismiss the appeal. Therefore, the Court grants the motion, allows Humberto Sanchez Bernal to withdraw his notice of appeal, and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.